02-13-003-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-13-00003-CV

 

 


 
 
 In re Dwight Ervine Brown
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The court has considered relator’s petition for writ of mandamus
and the State’s response.  Because the trial court has now ruled on relator’s
request for a free copy of the record in his four cases, the court is of the
opinion that the petition should be dismissed as moot.  Accordingly, relator’s petition
for writ of mandamus is dismissed as moot.

 

PER
CURIAM

PANEL:  DAUPHINOT, WALKER,
and MEIER, JJ.

DELIVERED:  February 11,
2013









[1]See
Tex. R. App. P. 47.4, 52.8(d).